# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTONIO WHEELER,

        **Plaintiff,**

-vs-                          **Case No.  6:07-cv-1287-Orl-22DAB**

CITY OF ORLANDO and PETER
LINNEKAMP, *in his individual capacity*,

        **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S [UNOPPOSED] MOTION TO COMPEL PRODUCTION OF MENTAL HEALTH RECORDS FROM LAKESIDE BEHAVIORAL HEALTHCARE AND NORTH FLORIDA EVALUATION AND TREATMENT CENTER (Doc. No. 32)** |
| **FILED:** | **October 3, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff is suing Defendants for civil rights and state claims arising from his detention on March 5, 2005, in which he alleges the Defendants violated his constitutional rights by detaining him, applying a Taser to him, and charging him with criminal infractions.  Doc. No. 3. Plaintiff seeks damages for physical inconvenience, discomfort and pain, suffering, medical expenses, emotional damage, mental suffering, damage to feelings, and present and future emotional suffering.  Doc. No. 3.

Defendants[1] seek the production of mental health records for Plaintiff from two facilities, Lakeside Behavioral Healthcare and the Norther Florida Evaluation and Treatment Center. Both treatment facilities have resisted Defendants' requests to produce the records for Plaintiff without a court order. Doc. No. 32 at 2. Defendant filed this Motion to Compel production of the records from the two facilities on October 3, 2008, contending that the records should be produced. Defendants contend that Plaintiff has placed his mental and emotional status at issue by asserting claims for pain, suffering, mental anguish and emotional damage. They argue Plaintiff's history of mental illness is relevant and material to the issues presented in the case; they are unable to obtain the substantial equivalent of the records by alternative means. Plaintiff has no objection to production of the records at issue. Doc. No. 32 at 3-4.

The Lakeside Behavioral Healthcare and the Norther Florida Evaluation and Treatment Center is **ORDERED** to produce Plaintiff's mental health records within 11 days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1]The Motion was filed by Defendant Peter Linnenkamp but is joined in by the City of Orlando. Doc. No. 32.

-2-