# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTONIO WHEELER,**

        **Plaintiff,**

**-vs-**          Case No. 6:07-cv-1287-Orl-22DAB

**CITY OF ORLANDO and PETER LINNEKAMP,** *in his individual capacity*,

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S [UNOPPOSED] MOTION TO COMPEL PRODUCTION OF EMPLOYMENT RECORDS OF PLAINTIFFS EXPERT WITNESS FROM THE FEDERAL LAW ENFORCEMENT TRAINING CENTER (Doc. No. 33)**
>
> **FILED:** October 7, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff is suing Defendants for civil rights and state claims arising from his detention on March 5, 2005, in which he alleges the Defendants violated his constitutional rights by detaining him, applying a Taser to him, and charging him with criminal infractions; he also alleges a failure to train. Doc. No. 3. Plaintiff has designated his expert witness, Robert T. Lacey as his police practices expert and provided a copy of Mr. Lacey's Professional Vita. *See* Doc. No. 33-2. Mr. Lacey lists his employment as an assistant director of the U.S. Department of Treasury at the Federal Law

Enforcement Training Center ("FLETC"), certificates he received from the FLETC and writing prepared at FLETC.

Defendants[1] seek the production of Mr. Lacey's employment records from FLETC. Doc. No. 33. Defendant Linnenkamp served a subpoena to FLETC to obtain information regarding the references; however, Defendant must have a court order (or notarized release) to obtain the information. *See* Doc. No. 33-3. Defendant filed this Motion to Compel production of the records, contending that the records should be produced because Mr. Lacey, as Plaintiff's expert witness, bases his opinion partially on his experience with FLETC; thus, any inquiry into Mr. Lacey's experience with FLETC is relevant to Defendant's defense of the case and they are not available from another source. Fed. R. Evid. 401; Fed. R. Civ. P. 26(a)(2)(B)(iv) (witness must produce report containing witness' qualifications). Plaintiff has no objection to production of the records at issue. Doc. No. 33 at 3-4.

The Federal Law Enforcement Training Center is **ORDERED** to produce Robert T. Lacey's employment records within 11 days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on October 9, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Motion was filed by Defendant Peter Linnenkamp but is joined in by the City of Orlando. Doc. No. 33 at 4.